# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Christian Genaro Ramos-Mora,<br><br>　　　　　　　　Defendant. | CASE NO. 13CR2622-CAB<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment/Information:

　　21:952 and 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/3/13

　　　　　　　　　　　　　　　　　　　　William V. Gallo
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge